The People of the State of New York, Respondent, v. Robert Cochrane, Appellant.— Judgment of conviction and orders affirmed. All concurred.

Stanley F. Jakubowski, as Executor, etc., of Joseph Dombrowski, Deceased, Respondent, v. Joanna Kroll, Appellant, Impleaded with Stephen Jasinski and Peter Fresz.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the evidence conditionally received was competent and should have been considered upon the question as to whether the bond and mortgage had been paid and discharged.

Frank S. Ide, Appellant, v. Simon Seibert and Henry F. Jerge, as Deputy Excise Commissioner, Respondents.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

The People of the State of New York, Respondent, v. Raymond MacDonald, Appellant.— Judgment of County Court and judgment of Court of Special Sessions reversed, on the ground that the court committed reversible errors in the exclusion of evidence offered on the part of the defendant for the purpose of showing that he did not willfully drive his automobile against the horse of Van Ness. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Mary Boland, as Administratrix, etc., of Thomas Boland, Deceased, Appellant, v. Bartels Brewing Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

The City of Rochester, Respondent, v. The American Agricultural Chemical Company, Appellant.— Judgment affirmed. All concurred.

Lee Wilson and Company, Appellant, v. Standard Hardwood Lumber Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Herschel D. Stowell, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The City of Rochester, Respondent, v. Edward C. Gutberlett, Appellant.— Judgment affirmed, with costs. All concurred.